FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY LEAR and THEODORE LEAR, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>PLYMOUTH WATER DISTRICT, a Municipal corporation, et al.,<br><br>Defendants. | No. 4:16-CV-5032-LRS<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND CLOSING FILE |

The court GRANTS the Stipulated Motion (ECF No. 7) of the parties. Pursuant to their stipulation, the Clerk of the Court shall strike the scheduling conference and enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs or fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 25th day of August, 2016.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1